CO-386-online
10/03

# United States District Court
# For the District of Columbia

MBI Group, Inc. et al.  )
)
)
)
         vs    Plaintiff  )   Civil Action No._____
)
Crédit Foncier du Cameroun et al.  )
)
)
         Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

294652
BAR IDENTIFICATION NO.

Philip M. Musolino
Print Name

1615 L Street, NW Suite 440
Address

Washington, D.C. 20036
City     State     Zip Code

(202) 466-3883
Phone Number