AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MBI GROUP, INC. AND ATLANTIC
GROUP, SCI )
       Plaintiff(s) )
        ) **APPEARANCE**
        )
       vs. ) CASE NUMBER   07-637
CREDIT FONCIER DU CAMEROUN AND THE )
GOVERNMENT OF THE REPUBLIC OF CAMEROON )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Danielle M. Espinet   as counsel in this
                             (Attorney's Name)

case for:   MBI GROUP, INC. AND ATLANTIC GROUP, SCI
              (Name of party or parties)

05-11-2007
Date

_/s/ Danielle M. Espinet_
Signature

478553
BAR IDENTIFICATION

Danielle M. Espinet
Print Name

14915 River Road
Address

Potomac   MD   20854
City   State   Zip Code

240 632 0903
Phone Number