IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBI GROUP, INC., et al. | : |
| v. | : |
| CRÉDIT FONCIER DU CAMEROUN | : 1:07-cv-00637-JDB |
| and | : |
| THE GOVERNMENT OF THE REPUBLIC OF CAMEROON | : |

## JOINT MOTION FOR ENTRY OF
## PROPOSED STIPULATION AND ORDER

COME NOW plaintiffs MBI Group, Inc. and Atlantic Group, SCI (hereinafter "Plaintiffs") and Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants") and jointly move this Honorable Court to approve and enter the parties' proposed Stipulation and Order, and in support thereof respectfully refer to the annexed Memorandum of Points and Authorities.

WHEREFORE, by all these presents, counsel for Plaintiffs and Defendants pray that the instant motion be granted.

Respectfully Submitted,

**COUNSEL FOR PLAINTIFFS:**

*[signature]*

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

*SJR [signature]*

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com


**COUNSEL FOR DEFENDANTS:**

*Knox Bemis by [signature] w/consent*

Knox Bemis #14852
Edward B. Rowe #455254
HUNTON & WILLIAMS
1900 K Street, N.W.,
Suite 1200
Washington, D.C 20006
*Voice*: (202) 955-1886
*Fax*: (202) 778-2201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBI GROUP, INC., et al.          :
                                 :
   v.                            :
                                 :
                                 :
CRÉDIT FONCIER DU CAMEROUN       :   1:07-cv-00637-JDB
                                 :
   and                           :
                                 :
THE GOVERNMENT OF THE REPUBLIC   :
   OF CAMEROON                   :

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ENTRY OF PROPOSED STIPULATION AND ORDER

1. The Complaint in this case was filed on April 4, 2007 by Plaintiffs MBI Group, Inc. and Atlantic Group, SCI ("Plaintiffs") against Defendants Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants").

2. Plaintiffs and Defendants have agreed, subject to this Court's approval: (1) upon the manner in which Defendants will accept service of process; (2) that Defendants shall have ninety (90) days, or such other time as may be fixed by the Court on further motion of Defendants, from service of process to answer, move or otherwise respond to the Complaint; (3) that, in the event that Defendants file a motion to dismiss the Complaint, Plaintiffs will respond to the motion within thirty (30) days, or such other time as may be fixed by the Court on further motion of Plaintiffs; and (4) that Defendants will reply to the opposition within fourteen (14) days, or such other time as may be fixed by the Court on further motion of Defendants.

3. The agreement of the parties is limited solely to acceptance of service of process in connection with the Complaint filed April 4, 2007. Defendants do not settle, waive or compromise any other right, claim or defense, but expressly reserve all other rights, claims and defenses, including but not limited to those based on immunity, the absence of subject matter or personal jurisdiction, the lack of venue, and *forum non conveniens*.

4. Entry of the proposed Stipulation and Order will facilitate the efficient joinder of issues.

Respectfully Submitted,

**COUNSEL FOR PLAINTIFFS:**

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com

2

**COUNSEL FOR DEFENDANTS:**

*[signature: Knox Bemis by EBR w/consent]*
Knox Bemis #14852
Edward B. Rowe #455254
HUNTON & WILLIAMS
1900 K Street, N.W.,
Suite 1200
Washington, D.C 20006
*Voice*: (202) 955-1886
*Fax*:   (202) 778-2201

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI GROUP, INC., et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CRÉDIT FONCIER DU CAMEROUN | : | 1:07-cv-00637-JDB |
| | : | |
| and | : | |
| | : | |
| THE GOVERNMENT OF THE REPUBLIC OF CAMEROON | : | |

## ORDER

This matter having come before this Court on the joint motion of the Plaintiffs and Defendants to approve the parties' proposed stipulation as to (1) service of the Complaint; (2) extending Defendants' time to answer, move or otherwise respond to the Complaint; and (3) fixing the times for the filing of any opposition and any reply, and good cause having been shown, it is, this ____ day of _____, 2007:

ORDERED, that the motion be and is hereby GRANTED, and it is

FURTHER ORDERED, that the proposed Stipulation of the Parties (the "Stipulation") be and is hereby approved and entered, and it is

FURTHER ORDERED, that the time for Defendants to answer, move, or otherwise respond to the Complaint be and is hereby enlarged to ninety (90) days from the date of service in accordance with the Stipulation, or such other time as the Court may approve on further motion of Defendants, and it is

FURTHER ORDERED, that the time to file an opposition to any motion to dismiss filed pursuant hereto be and is hereby enlarged to thirty (30) days, or such other time as the Court may approve by further motion of Plaintiffs, and it is

FURTHER ORDERED, that the time to file a reply, if any, to an opposition filed pursuant to the Stipulation be and is hereby enlarged to fourteen (14) days, or such other time as the Court may approve by further motion of Defendants.

SO ORDERED.

---------------------------------
Judge John D. Bates
United States District Court
for the District of Columbia

cc:

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854

Knox Bemis
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W.,  Suite 1200
Washington, D.C 20006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBI GROUP, INC., et al.           :
                                  :
    v.                            :
                                  :
                                  :
CRÉDIT FONCIER DU CAMEROUN        :   1:07-cv-00637-JDB
                                  :
    and                           :
                                  :
THE GOVERNMENT OF THE REPUBLIC    :
    OF CAMEROON                   :

### PROPOSED STIPULATION AND ORDER

Plaintiffs MBI Group, Inc. and Atlantic Group, SCI (hereinafter "Plaintiffs") and Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. Defendants have not yet been served with the Complaint filed in this proceeding April 4, 2007, pursuant to 28 U.S.C. § 1608.

2. To facilitate service of process and subject to the approval by this Court of this Proposed Stipulation and Order, Defendants hereby appoint Knox Bemis of HUNTON & WILLIAMS 1900 K Street, N.W., Suite 1200, Washington, D.C 20006, as their agent for service of process, solely for the Complaint filed April 4, 2007, in this action, and Plaintiffs agree to effect service of the Complaint by delivering a copy of the summons, complaint, and any notice of suit to Mr. Bemis by messenger or by a nationally recognized courier service such as FedEx of UPS. Counsel for Plaintiffs shall notify Mr. Bemis by email when such copy is sent, and Mr. Bemis shall promptly

respond by email when he receives such copy. Service shall be effective at the time the courier delivers the summons, complaint and any notice of suit to Mr. Bemis' office in Washington DC. Defendants agree not to contest the validity of this service. However, Defendants do not waive, settle or compromise any other right, claim or defense, but expressly reserve all other rights, claims and defenses, including but not limited to those based on immunity, the lack of subject matter or personal jurisdiction, improper venue, and *forum non conveniens.*

3.   The Parties agree to extend service and filing deadlines, subject to the approval of the Court, as follows: Defendants shall have ninety (90) days, or such other time as may be fixed by the Court on further motion of Defendants, from service of process to answer, move or otherwise respond to the Complaint; in the event that Defendants file a motion to dismiss the Complaint, Plaintiffs will respond to the motion within thirty (30) days, or such other time as may be fixed by the Court on further motion of Plaintiffs; and Defendants will reply to the opposition within fourteen (14) days, or such other time as may be fixed by the Court on further motion of Defendants.

SO ORDERED.

_____
Judge John D. Bates
United States District Court
for the District of Columbia

CONSENTED TO:

**COUNSEL FOR PLAINTIFFS:**

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

SJR by

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com

**COUNSEL FOR DEFENDANTS:**

Knox Bemis by ... w/ consent

Knox Bemis #14852
Edward B. Rowe #455254
HUNTON & WILLIAMS
1900 K Street, N.W.,
Suite 1200
Washington, D.C 20006
*Voice*: (202) 955-1886
*Fax*: (202) 778-2201