IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MBI GROUP, INC., et al.

v.

CRÉDIT FONCIER DU CAMEROUN

and

THE GOVERNMENT OF THE REPUBLIC
OF CAMEROON

1:07-cv-00637-JDB

## STIPULATION AND ORDER

Plaintiffs MBI Group, Inc. and Atlantic Group, SCI (hereinafter "Plaintiffs") and Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. Defendants have not yet been served with the Complaint filed in this proceeding April 4, 2007, pursuant to 28 U.S.C. § 1608.

2. To facilitate service of process and subject to the approval by this Court of this Proposed Stipulation and Order, Defendants hereby appoint Knox Bemis of HUNTON & WILLIAMS 1900 K Street, N.W., Suite 1200, Washington, D.C 20006, as their agent for service of process, solely for the Complaint filed April 4, 2007, in this action, and Plaintiffs agree to effect service of the Complaint by delivering a copy of the summons, complaint, and any notice of suit to Mr. Bemis by messenger or by a nationally recognized courier service such as FedEx of UPS. Counsel for Plaintiffs shall notify Mr. Bemis by email when such copy is sent, and Mr. Bemis shall promptly

respond by email when he receives such copy. Service shall be effective at the time the courier delivers the summons, complaint and any notice of suit to Mr. Bemis' office in Washington DC. Defendants agree not to contest the validity of this service. However, Defendants do not waive, settle or compromise any other right, claim or defense, but expressly reserve all other rights, claims and defenses, including but not limited to those based on immunity, the lack of subject matter or personal jurisdiction, improper venue, and *forum non conveniens*.

3. The Parties agree to extend service and filing deadlines, subject to the approval of the Court, as follows: Defendants shall have ninety (90) days, or such other time as may be fixed by the Court on further motion of Defendants, from service of process to answer, move or otherwise respond to the Complaint; in the event that Defendants file a motion to dismiss the Complaint, Plaintiffs will respond to the motion within thirty (30) days, or such other time as may be fixed by the Court on further motion of Plaintiffs; and Defendants will reply to the opposition within fourteen (14) days, or such other time as may be fixed by the Court on further motion of Defendants.

SO ORDERED.

_____
Judge John D. Bates
United States District Court
for the District of Columbia

CONSENTED TO:

**COUNSEL FOR PLAINTIFFS:**

*[signature]*

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

*SJR [signature]*

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com


**COUNSEL FOR DEFENDANTS:**

*Knox Bemis [signature] w/ consent*
Knox Bemis #14852
Edward B. Rowe #455254
HUNTON & WILLIAMS
1900 K Street, N.W.,
Suite 1200
Washington, D.C 20006
*Voice*: (202) 955-1886
*Fax*:   (202) 778-2201

3