**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MBI Group, Inc., and** | : | |
| | : | |
| **Atlantic Group, SCI,** | : | |
| | : | |
| *Plaintiffs*, | : | **1:07-cv-00637-JDB** |
| | : | |
| **v.** | : | |
| | : | |
| **Crédit Foncier du Cameroun, and** | : | |
| | : | |
| **The Government of the Republic of Cameroon,** | : | |
| | : | |
| *Defendants.* | : | |

**MOTION OF DEFENDANTS**
**FOR EXTENSION OF TIME**

Crédit Foncier du Cameroun and the Government of Cameroon ("Defendants") hereby move for a 14-day extension of the time, until September 26, 2007, within which they are permitted to answer, move or otherwise plead in response to Plaintiffs' Complaint. Under the Stipulation and Order entered in this proceeding on May 14, 2007, such requested extension will also automatically extend (a) the time within which MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs"), are permitted to respond if Defendants file a motion to dismiss the Complaint and (b) the time within which Defendants are permitted to reply to any such response. The grounds for this Motion are set out in the accompanying Memorandum, and a proposed Order is attached hereto.

Defendants' counsel has attempted to contact Plaintiffs' counsel to determine whether Plaintiffs consent to this requested extension of time. However, Plaintiffs' counsel is traveling, and Defendants' counsel has not yet received a response.

Wherefore, Defendants ask that this Motion be granted.

Respectfully submitted,

Knox Bemis  #14852
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 955-1886
(202) 778-2201 (fax)

September 10, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MBI Group, Inc., and** | : | |
| | : | |
| **Atlantic Group, SCI,** | : | |
| | : | |
| *Plaintiffs,* | : | **1:07-cv-00637-JDB** |
| | : | |
| **v.** | : | |
| | : | |
| **Crédit Foncier du Cameroun, and** | : | |
| | : | |
| **The Government of the Republic of Cameroon,** | : | |
| | : | |
| *Defendants.* | : | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS'
## MOTION FOR EXTENSION OF TIME

On May 11, 2007, MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs") and Crédit Foncier du Cameroun and the Government of Cameroon ("Defendants') filed a joint motion for entry of a proposed Stipulation and Order by which Defendants agreed to accept service of the Complaint pursuant to certain agreed procedures. The proposed Stipulation and Agreement also provided: that the Defendants would be permitted 90 days after such service, or such other time as might be fixed by the Court on further motion of Defendants, to answer, move or otherwise respond to the Complaint; that in the event Defendants filed a motion to dismiss the Complaint, Plaintiffs would be permitted 30 days after such motion, or such other time as might be fixed by the Court on further motion of Plaintiffs, within which to respond to such motion to dismiss; and that Defendants would be permitted 14 days after such response, or such other time as might be fixed by the Court on further motion of Defendants, to reply to such response. The Court

approved the Stipulation and Order, and it was entered on May 14, 2007. The undersigned, as the agent of Defendants for service of process under the Stipulation and Order, received service of the Complaint on May 15, 2007, so that under the Stipulation and Order the date within which Defendants are were required to answer, move or otherwise plead was August 13, 2007. Subsequently, on Defendants' unopposed motion, the Court granted an additional 30 days within which Defendants are permitted to answer, move or otherwise plead, so that Defendants' response to the Complaint is now due September 12, 2007.

The Defendants in this proceeding are the Government of Cameroon, a foreign sovereign state located in Africa, and Crédit Foncier du Cameroun, a state-owned bank that is located in Cameroon. The undersigned counsel and counsel in Cameroon have been working diligently with representatives of the Government and Crédit Foncier du Cameroun to prepare the response to Plaintiffs' Complaint. However, the process of obtaining the necessary information and materials in Cameroon is difficult and time-consuming, and often legal formalities (including court orders) are required to obtain the pertinent documents. Also, many of the documents involved are in French rather than English, and require translation in order to be submitted in this proceeding. Despite diligent efforts on the part of counsel in the United States and in Cameroon, Defendants have not been able to complete the preparation of their response to Plaintiffs' Complaint to meet the current September 12, 2007 deadline.

To permit time to complete Defendants' response, Defendants request an additional 14 days, or until September 26, 2007, within which to answer, move or otherwise plead in response to Plaintiffs' Complaint. Pursuant to the requested extension, if Defendants file a motion to dismiss the Complaint, Plaintiffs' response to such motion under the terms of the Stipulation and Order would be due 30 days after the motion is filed, or by October 26, 2007 (or such other time

as might be fixed by the Court on further motion of Plaintiffs), and Defendants' reply to such response would be due 14 days after such response, or by November 9, 2007 (or such other time as might be fixed by the Court on further motion of Defendants).

Defendants' counsel has attempted to contact Plaintiffs' counsel to determine whether Plaintiffs consent to this requested extension of time. However, Plaintiffs' counsel is traveling, and Defendants' counsel has not yet received a response.

Wherefore, for the reasons stated above, Defendants ask that the Court grant the 14-day extension of time within which Defendants may answer, move or otherwise plead, and the corresponding extensions of the time for Plaintiffs' response and Defendants' reply.

Respectfully submitted,

Knox Bemis #14852
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 955-1886
(202) 778-2201 (fax)

September 10, 2007

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MBI Group, Inc.,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **1:07-cv-00637-JDB** |
| | : | |
| **Crédit Foncier du Cameroun,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **The Government of the Republic of Cameroon,** | : | |
| | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

On the motion of Defendants, the date within which Defendants shall answer, move or otherwise plead pursuant the Stipulation and Order entered by the Court on May 14, 2007, is extended fourteen (14) days until September 26, 2007.  In the event that Defendants file a motion to dismiss the Complaint, Plaintiffs will respond to the motion within thirty (30) days, or such other time as may be fixed by the Court on further motion of Plaintiffs, and Defendants will reply to the such response within fourteen (14) days, or such other time as may be fixed by the Court on further motion of Defendants.

So Ordered.

_____
Judge John D. Bates
United States District Court
for the District of Columbia