IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MBI Group, Inc., and** | : | |
| | : | |
| **Atlantic Group, SCI,** | : | |
| | : | |
| *Plaintiffs,* | : | 1:07-cv-00637-JDB |
| | : | |
| v. | : | |
| | : | |
| **Crédit Foncier du Cameroun, and** | : | |
| | : | |
| **The Government of the Republic of Cameroon,** | : | |
| | : | |
| *Defendants.* | : | |

**CERTIFICATE UNDER LOCAL RULE 7.1**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Crédit Foncier du Cameroun, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Crédit Foncier du Cameroun, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may deterimine the need for recusal.

Respectfully submitted,

　　 /s/ Knox Bemis　　　　　　　
Knox Bemis  #14852
Attorney of Record for Crédit Foncier du Cameroun

September 26, 2007