IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI, | )<br>)<br>) | |
|     *Plaintiff,* | )<br>) | 1:07-cv-00637-JDB |
| vs. | )<br>)<br>) | |
| Crédit Froncier du Cameroun, and<br>The Government of the Republic of Cameroon, | )<br>)<br>) | |
|     *Defendant.* | ) | |

## PRAECIPE

Please take note that the law firm, address and contact information for Knox Bemis, attorney for defendants, Crédit Froncier du Cameroun and the Government of the Republic of Cameroon, has changed. The new information is:

    Knox Bemis
    Dewey & LeBoeuf LLP
    1101 New York Avenue N.W.
    Suite 1100
    Washington, D.C. 20005-4213
    Telephone: (202) 986-8000
    Direct: (202) 986-8035
    Facsimile: (202) 986-8230
    Email: kbemis@dl.com

October 9, 2007            Respectfully submitted,

                       */s/ Knox Bemis*
                       Knox Bemis #14852