IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI GROUP, INC., et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CRÉDIT FONCIER DU CAMEROUN | : | 1:07-cv-00637-JDB |
| | : | |
| and | : | |
| | : | |
| THE GOVERNMENT OF THE REPUBLIC OF CAMEROON | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO OPPOSE MOTION OF DEFENDANTS CRÉDIT FONCIER DU CAMEROUN AND THE GOVERNMENT OF THE REPUBLIC OF CAMEROON TO DISMISS THE COMPLAINT**

COME NOW plaintiffs MBI Group Inc and Atlantic Group, SCI (hereinafter "Plaintiffs"), by and through undersigned counsel, and respectfully request an enlargement of time by one week from October 26, 2007 to November 2, 2007 to oppose the Motion of defendants Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants") to Dismiss the Complaint (the "Motion to Dismiss"), and in support of the instant motion aver as follows:

1. The instant action was filed on April 4, 2007.

2. On May 14, 2007, at the request of the parties through counsel, the court entered a Stipulation and Order which addressed service of process and which set a preliminary briefing schedule.

3. On July 30, 2007, by minute entry, the court granted defendants' unopposed motion to enlarge the time to respond to the complaint.

4. On September 11, 2007, by minute entry, the court granted defendants' unopposed motion to further enlarge the time to respond to the complaint. That order fixed October 26, 2007 as the date for response to the Motion to Dismiss.

5. Lead counsel for plaintiffs was scheduled to commence a wrongful death jury trial on October 22, 2007. Though the trial was continued, the motion for continuance by opposing counsel in that action was not made until Thursday, October 17, 2007, requiring intensive preparation by lead counsel through that date.

6. Plaintiff's counsel requires an additional one week to complete plaintiffs' opposition to the Motion to Dismiss.

7. Defendants do not oppose the instant motion.

WHEREFORE, by all these presents, counsel for plaintiffs pray that the instant motion be granted.

Respectfully Submitted,

COUNSEL FOR PLAINTIFFS

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

                                                                      Sylvia J. Rolinski, Esq. # 430573
                                                                      Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically mailed this 24th day of October, 2007 to:

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

                                                                 Philip M. Musolino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI GROUP, INC., et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CRÉDIT FONCIER DU CAMEROUN | : | 1:07-cv-00637-JDB |
| | : | |
| and | : | |
| | : | |
| THE GOVERNMENT OF THE REPUBLIC | : | |
| OF CAMEROON | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME TO OPPOSE MOTION OF DEFENDANTS CRÉDIT FONCIER DU CAMEROUN AND THE GOVERNMENT OF THE REPUBLIC OF CAMEROON TO DISMISS THE COMPLAINT**

1. Fed. R. Civ.P. 6

2. Fed.R.Civ.P. 12.

3. L.CvR. 7.

4. The record herein.

Respectfully Submitted,

COUNSEL FOR PLAINTIFFS:

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

                                            */s/ SJR*
_____
Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI GROUP, INC., et al.** : | |
| : | |
| **v.** : | |
| : | |
| **CRÉDIT FONCIER DU CAMEROUN** : | 1:07-cv-00637-JDB |
| : | |
| **and** : | |
| : | |
| **THE GOVERNMENT OF THE REPUBLIC** : | |
| **OF CAMEROON** : | |

### ORDER

This matter having come before this Court on the unopposed motion of the Plaintiffs to enlarge the time to oppose the Motion of Defendants Crédit Foncier Du Cameroun and the Government of The Republic of Cameroon ("Defendants") to Dismiss the Complaint (the "Motion to Dismiss"), and good cause having been shown, it is, this ____ day of _____, 2007:

ORDERED, that the motion be and is hereby GRANTED, and it is

FURTHER ORDERED, that time to respond to the Motion to Dismiss be and is hereby enlarged to November 2, 2007, and it is

FURTHER ORDERED, that defendants shall file their reply, if any, within fourteen (14) days, but not later than November 16, 2007, or such other time as may be fixed by the Court on further motion of Defendants.

SO ORDERED.

_____
Judge John D. Bates
United States District Court
for the District of Columbia

cc:

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006