IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI,<br><br>        *Plaintiffs,*<br><br>vs.<br><br>Crédit Foncier du Cameroun, and<br>The Government of the Republic of<br>Cameroon,<br><br>        *Defendants.* | )<br>)<br>)<br>)   1:07-cv-00637-JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION OF DEFENDANTS
## FOR EXTENSION OF TIME

Crédit Foncier du Cameroun and the Government of the Republic of Cameroon ("Defendants") hereby move for a 14-day extension of time, until December 24, 2007, within which to reply to Plaintiffs' opposition to Defendants' motion to dismiss. The grounds for this motion are set out in the accompanying memorandum, and a proposed order is attached hereto.

Plaintiffs' counsel has authorized the undersigned to state that Plaintiffs do not object to the extension of time herein requested.

Wherefore, Defendants ask that this motion be granted.

Respectfully submitted,

/s/ Knox Bemis

December 5, 2007

Knox Bemis #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C. 20005-4213
Direct: (202) 986-8035
Facsimile: (202) 956-8230
Email: kbemis@dl.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI,<br><br>          *Plaintiffs*,<br><br>vs.<br><br>Crédit Foncier du Cameroun, and<br>The Government of the Republic of<br>Cameroon,<br><br>          *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:07-cv-00637-JDB |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

On November 5, 2007, MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs"), filed their memorandum in opposition to the motion of Crédit Foncier du Cameroun and the Government of Cameroon ("Defendants") to dismiss Plaintiffs' complaint. By the Court's order of November 15, 2007, the time for Defendants' reply to Plaintiffs' opposition was extended from November 19, 2007, to December 10, 2007.

Defendants in this proceeding are the Government of Cameroon, a foreign sovereign state located in Africa, and Crédit Foncier du Cameroun, a state-owned bank that is located in Cameroon. The undersigned counsel is working diligently with representatives of the Government and Crédit Foncier du Cameroun to prepare the reply to Plaintiffs' opposition. However, due to the distance and other logistical factors involved, and due to the fact that many of the documents involved are in French rather than English, Defendants have not been able to complete the preparation of their response to Plaintiffs' opposition to meet the current December 10, 2007 deadline. Defendants need the additional time herein requested to do so.

Accordingly, Defendants request an additional 14 days, or until December 24, 2007, in which to reply to Plaintiffs' opposition.

Counsel for Plaintiffs has authorized the undersigned to state that Plaintiffs do not object to the extension requested herein.

Wherefore, for the reasons stated above, Defendants ask that the Court grant the 14 day extension of time within which Defendants may reply to Plaintiffs' opposition.

Respectfully submitted,

December 5, 2007

/s/ Knox Bemis
Knox Bemis #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C. 20005-4213
Direct: (202) 986-8035
Facsimile: (202) 956-8230
Email: kbemis@dl.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>Crédit Foncier du Cameroun, and<br>The Government of the Republic of Cameroon,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:07-cv-00637-JDB |

**ORDER**

On the unopposed motion of Defendants, the date within which Defendants shall reply to the Plaintiffs' opposition to Defendants' motion to dismiss the complaint is extended fourteen (14) days until December 24, 2007.

So ordered.

                 _____
                 Judge John D. Bates
                 United States District Court
                 For the District of Columbia