IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI,<br><br>        *Plaintiffs,*<br><br>vs.<br><br>Crédit Foncier du Cameroun, and<br>The Government of the Republic of<br>Cameroon,<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:07-cv-00637-JDB |

## UNOPPOSED MOTION OF DEFENDANTS
## FOR EXTENSION OF TIME

Crédit Foncier du Cameroun and the Government of the Republic of Cameroon ("Defendants") hereby move for a 14-day extension of time, until January 7, 2008, within which to reply to Plaintiffs' opposition to Defendants' motion to dismiss. The grounds for this motion are set out in the accompanying memorandum, and a proposed order is attached hereto.

Plaintiffs' counsel has authorized the undersigned to state that Plaintiffs do not object to the extension of time herein requested.

Wherefore, Defendants ask that this motion be granted.

Respectfully submitted,

December 20, 2007

/s/ Knox Bemis
Knox Bemis #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C. 20005-4213
Direct: (202) 986-8035
Facsimile: (202) 956-8230
Email: kbemis@dl.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI Group, Inc., and** <br> **Atlantic Group, SCI,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **Crédit Foncier du Cameroun, and** <br> **The Government of the Republic of Cameroon,** <br><br> *Defendants.* | 1:07-cv-00637-JDB |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

On November 5, 2007, MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs"), filed their memorandum in opposition to the motion of Crédit Foncier du Cameroun and the Government of Cameroon ("Defendants") to dismiss Plaintiffs' complaint. By the Court's order of November 15, 2007, the time for Defendants' reply to Plaintiffs' opposition was extended from November 19, 2007, to December 10, 2007, and by order of December 6, 2007, it was further extended to December 24, 2007.

Defendants in this proceeding are the Government of Cameroon, a foreign sovereign state located in Africa, and Crédit Foncier du Cameroun, a state-owned bank that is located in Cameroon. The undersigned counsel is working diligently with representatives of the Government and Crédit Foncier du Cameroun to prepare the reply to Plaintiffs' opposition. However, due to the distance and other logistical factors involved, and due to the fact that many of the documents involved are in French rather than English, Defendants have not been able to

complete the preparation of their response to Plaintiffs' opposition to meet the current December 24, 2007 deadline. Defendants need the additional time herein requested to do so.

Accordingly, Defendants request an additional 14 days, or until January 7, 2008, in which to reply to Plaintiffs' opposition.

Counsel for Plaintiffs has authorized the undersigned to state that Plaintiffs do not object to the extension requested herein.

Wherefore, for the reasons stated above, Defendants ask that the Court grant the 14 day extension of time within which Defendants may reply to Plaintiffs' opposition.

                                            Respectfully submitted,

December 20, 2007                /s/ Knox Bemis
                                          Knox Bemis #14852
                                          Dewey & LeBoeuf LLP
                                          1101 New York Avenue N.W.
                                          Suite 1100
                                          Washington, D.C. 20005-4213
                                          Direct: (202) 986-8035
                                          Facsimile: (202) 956-8230
                                          Email: kbemis@dl.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI,<br><br>   *Plaintiffs,*<br><br> vs.<br><br>Crédit Foncier du Cameroun, and<br>The Government of the Republic of Cameroon,<br><br>   *Defendants.* | 1:07-cv-00637-JDB |

### ORDER

On the unopposed motion of Defendants, the date within which Defendants shall reply to the Plaintiffs' opposition to Defendants' motion to dismiss the complaint is extended fourteen (14) days until January 7, 2008.

So ordered.

_____
Judge John D. Bates
United States District Court
For the District of Columbia
