IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBI GROUP, INC., et al.         :
                                :
     v.                         :
                                :
CRÉDIT FONCIER DU CAMEROUN      :     1:07-cv-00637-JDB
                                :
     and                        :
                                :
THE GOVERNMENT OF THE REPUBLIC  :
   OF CAMEROON                  :

## PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

COME NOW plaintiffs MBI Group Inc and Atlantic Group, SCI (hereinafter "Plaintiffs"), by and through undersigned counsel, and respectfully request an enlargement of time by one week from January 25, 2008 to February 1, 2008 to reply to Defendants' Opposition to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery and in support of the instant motion aver as follows:

1. Counsel for Plaintiff is scheduled to file two oppositions this date in an unrelated case and is scheduled to file a brief in the fourth circuit on January 30, 2008.

2. Plaintiff's counsel requires an additional one week to complete their Reply to Defendants' Opposition to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery.

3. Defendants do not oppose the instant motion.

WHEREFORE, by all these presents, counsel for plaintiffs pray that the instant motion be granted.

Respectfully Submitted,

**COUNSEL FOR PLAINTIFFS**

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

_____
Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically mailed this 25th day of January 2008 to:

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

_____
Philip M. Musolino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBI GROUP, INC., et al. | : |
| | : |
| v. | : |
| | : |
| CRÉDIT FONCIER DU CAMEROUN | : 1:07-cv-00637-JDB |
| | : |
| and | : |
| | : |
| THE GOVERNMENT OF THE REPUBLIC | : |
| OF CAMEROON | : |

<u>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**</u>

1. L. Cv.R 7(m)

2. Fed. R. Civ.P. 6

3. The record herein.

Respectfully Submitted,

COUNSEL FOR PLAINTIFFS:

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

/s/ *SJR b*
Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MBI GROUP, INC., et al.**          :
                                      :
   v.                    :
                                      :
**CRÉDIT FONCIER DU CAMEROUN**       :     1:07-cv-00637-JDB
                                      :
   and                   :
                                      :
**THE GOVERNMENT OF THE REPUBLIC**   :
  **OF CAMEROON**            :

## ORDER

This matter having come before this Court on the unopposed motion of the Plaintiffs to enlarge the time to reply to Defendants' Opposition to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery and good cause having been shown, it is, this ____ day of _____, 2008:

ORDERED, that the motion be and is hereby GRANTED, and it is

FURTHER ORDERED, that time to reply to Defendants' Opposition to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery be and is hereby enlarged to February 1, 2008.

SO ORDERED.

_____
Judge John D. Bates
United States District Court
for the District of Columbia

cc:

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006