REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1330 Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO: 07-637 | DATE REFERRED: 05/29/08  DISPOSITION DATE: | PURPOSE: Settlement Discussions | JUDGE: John D. Bates | MAG. JUDGE ALAN KAY |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| MBI GROUP, INC., ET AL | CREDIT FONCIER DU CAMEROUN, ET AL |

ENTRIES:

FOR A PERIOD NOT MORE THAN SIXTY (60) DAYS