## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MBI GROUP, INC.,  et al.,**

       **Plaintiffs,**

        v.

**CREDIT FONCIER DU CAMEROUN, et al.,**

       **Defendants.**

**Civil Action No.  07-0637 (JDB)**

## ORDER

Upon consideration of [9] defendants' motion to dismiss and [17] plaintiffs' motion for discovery, the oppositions and replies thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that:

1.    Defendants' [9] motion is **GRANTED**; it is further

2.    **ORDERED** that [17] plaintiffs' motion for discovery is **DENIED**; and it is further

3.    **ORDERED** that the complaint is hereby **DISMISSED**.

**SO ORDERED**.

                           /s/
                         JOHN D. BATES
                UNITED STATES DISTRICT JUDGE

Date: June 10, 2008