# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI Group, Inc., and** )<br>**Atlantic Group, SCI,** )<br>)<br>*Plaintiffs,* )<br>)<br>vs. )<br>)<br>**Crédit Foncier du Cameroun, and** )<br>**The Government of the Republic of** )<br>**Cameroon,** )<br>)<br>*Defendants*. )  | 1:07-cv-00637-JDB |

## MOTION OF DEFENDANTS
## FOR EXTENSION OF TIME

Crédit Foncier du Cameroun and the Government of the Republic of Cameroon ("Defendants") hereby move for a 10-day extension of time, until July 18, 2008, within which to respond to Plaintiffs' Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order.  The grounds for this motion are set out in the accompanying memorandum, and a proposed order is attached hereto.

Pursuant to LCvR 7(m) of the Rules of this Court, Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not consent to the extension of time herein requested.

Wherefore, Defendants ask that this motion be granted.

                                                           Respectfully submitted,

                                                           /s/  Knox Bemis
                                                           Knox Bemis  #14852
                                                           Dewey & LeBoeuf LLP
                                                           1101 New York Avenue N.W.
                                                           Suite 1100
                                                           Washington, D.C.  20005-4213
                                                           Direct:  (202) 346-8035
                                                           Facsimile:  (202) 956-3230

July 2, 2008                                            Email:  kbemis@dl.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI Group, Inc., and** )<br>**Atlantic Group, SCI,** )<br>　　　　　　　　　　　　　　　)<br>　　　　　*Plaintiffs,* 　　　　)<br>　　　　　　　　　　　　　　　)<br>　vs. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>**Crédit Foncier du Cameroun, and** )<br>**The Government of the Republic of** )<br>**Cameroon,** 　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　*Defendants*. 　　　　| 1:07-cv-00637-JDB |

### MEMORANDUM IN SUPPORT OF DEFENDANTS'
### MOTION FOR EXTENSION OF TIME

On June 24, 2008, MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs"), filed their Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order, asking the Court to vacate its June 10, 2008 order dismissing Plaintiffs' complaint. Under LCvR 7(b) and Fed.R.Civ.P. 6(d), the opposition of Crédit Foncier du Cameroun and the Government of Cameroon ("Defendants") is due July 8, 2008. For the reasons stated below, Defendants request a ten-day extension of time, until July 18, 2008, within which to file their opposition to Plaintiffs' motion.

In their motion, Plaintiffs seek reversal of this Court's order of dismissal on the grounds of *forum non conveniens*. In support of their motion, Plaintiffs make allegations with respect to the procedures and requirements of the courts of Cameroon and include declarations with respect to actions allegedly taken in the courts of Cameroon. Accordingly, in responding to Plaintiffs' motion, it is essential for Defendants to have the participation of lawyers in Cameroon who are familiar with the Cameroon court procedures. However, the lawyer in Cameroon primarily

responsible for this matter is out of Cameroon until the end of this week. In order to permit time for his participation in the preparation of the response, Defendants ask for the additional time herein requested.

Counsel for Plaintiffs has informed the undersigned that Plaintiffs do not consent to this extension of time. However, the modest extension Defendants seek will not unduly prejudice Plaintiffs. Moreover, the result sought by Plaintiffs' motion – the reversal of the Court's order dismissing the case – is such as to warrant sufficient time for the preparation of Defendants' response.

Wherefore, for the reasons stated above, Defendants ask that the Court grant the ten-day extension of time until July 18, 2008, within which Defendants may respond to Plaintiffs' motion.

Respectfully submitted,

/s/ Knox Bemis

Knox Bemis  #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C.  20005-4213
Direct:  (202) 346-8035
Facsimile:  (202) 956-3230
Email:  kbemis@dl.com

July 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MBI Group, Inc., and<br>Atlantic Group, SCI, | )<br>)<br>) | |
| *Plaintiffs,* | )<br>) | 1:07-cv-00637-JDB |
| vs. | )<br>)<br>) | |
| Crédit Foncier du Cameroun, and<br>The Government of the Republic of Cameroon, | )<br>)<br>) | |
| *Defendants*. | ) | |

## **ORDER**

On the motion of Defendants, the time within which Defendants may respond to the Plaintiffs' Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order is extended ten (10) days until July 18, 2008.

So ordered.

_____
Judge John D. Bates
United States District Court
For the District of Columbia