IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI GROUP, INC., et al.** : | |
| : | |
| v. : | |
| : | |
| **CRÉDIT FONCIER DU CAMEROUN** : | 1:07-cv-00637-JDB |
| : | |
| **and** : | |
| : | |
| **THE GOVERNMENT OF THE REPUBLIC** : | |
|   **OF CAMEROON** : | |

## PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE BECAUSE OF FAILURE OF CONDITIONS AND FOR RECONSIDERATION AND TO ALTER OR AMEND JUDGMENT AND ORDER

COME NOW plaintiffs MBI Group Inc and Atlantic Group, SCI (hereinafter "Plaintiffs"), by and through undersigned counsel, and respectfully request an enlargement of time to Friday August 15, 2008 to reply to Defendants' Opposition to Plaintiff's Motion to Vacate Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order and in support of the instant motion aver as follows:

1. Lead counsel for plaintiffs commences a two-week wrongful death jury trial in the Superior Court of the District of Columbia on Monday, July 28, 2008.

2. As a consequence, counsel will be unable to prepare the reply until the conclusion of the trial, and respectfully requests an extension through August 15, 2008.

3, Defendants do not oppose the instant motion.

WHEREFORE, by all these presents, counsel for plaintiffs pray that the instant motion be granted.

Respectfully Submitted,

**COUNSEL FOR PLAINTIFFS**

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

_____
Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically mailed this 24th day of July, 2008 to:

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

_____
Philip M. Musolino

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBI GROUP, INC., et al.             :
                                     :
         v.                          :
                                     :
                                     :
CRÉDIT FONCIER DU CAMEROUN           :   1:07-cv-00637-JDB
                                     :
    and                              :
                                     :
THE GOVERNMENT OF THE REPUBLIC       :
    OF CAMEROON                      :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE BECAUSE OF FAILURE OF CONDITIONS AND FOR RECONSIDERATION AND TO ALTER OR AMEND JUDGMENT AND ORDER**

1. Fed. R. Civ.P. 6

2. Fed.R.Civ.P. 12.

3. L.CvR. 7.

4. The record herein.

                          Respectfully Submitted,

                          **COUNSEL FOR PLAINTIFFS:**

                          Philip M. Musolino #294652
                          *Musolino & Dessel*
                          1615 L Street, N.W., Suite 440
                          Washington, D.C. 20036
                          (202) 466-3883
                          *Voice*: (202) 466-3883
                          *Fax*:   (202) 775-7477
                          *Email*: pmusolino@musolinoanddessel.com

                                              *SJP by* _____

                                     Sylvia J. Rolinski, Esq. # 430573
                                     Danielle M. Espinet # 478553
                                     *Rolinski & Suarez, LLC*
                                     14915 River Road
                                     Potomac, Maryland 20854
                                     *Voice*: (240) 632-0903
                                     *Fax*:    (240) 632-0906
                                     *Email*: srolinski@rolinski.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBI GROUP, INC., et al.           :
                                  :
    v.                            :
                                  :
                                  :
CRÉDIT FONCIER DU CAMEROUN        :    1:07-cv-00637-JDB
                                  :
    and                           :
                                  :
THE GOVERNMENT OF THE REPUBLIC    :
  OF CAMEROON                     :

### ORDER

This matter having come before this Court on the unopposed motion of the Plaintiffs to enlarge the time to reply to Defendants' Opposition to Plaintiff's Motion to Vacate Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order and good cause having been shown, it is, this ____ day of _____, 2008:

ORDERED, that the motion be and is hereby GRANTED, and it is

FURTHER ORDERED, that time to reply to Defendants' Opposition to Plaintiff's Motion to Vacate Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order be and is hereby enlarged to August 15, 2008.

                                SO ORDERED.


                                _____
                                Judge John D. Bates
                                United States District Court
                                for the District of Columbia

cc:

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854

Knox Bemis
Dewey & LeBoeuf LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005

John Jay Range
B. Donovan Picard
Edward B. Rowe
HUNTON & WILLIAMS
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006