UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBI GROUP, INC., *et al.*, | : |
| Plaintiffs, | : Case No. 1:07-cv-00637 (JDB) |
| v. | : |
| CREDIT FONCIER DU CAMEROUN, *et al.*, | : |
| Defendants. | : |

## PLAINTIFFS' ERRATA SHEET REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO VACATE DISMISSAL BECAUSE OF FAILURE OF CONDITIONS AND FOR RECONSIDERATION AND TO ALTER OR AMEND JUDGMENT AND ORDER

In footnote one on page two of plaintiffs' Reply, the word "plaintiffs" should be "defendants." A corrected Reply is filed with this Errata Sheet.

Respectfully Submitted,

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

_____
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of August, 2008, a copy of the foregoing was served electronically via ECF on:

Knox Bemis
*Dewey & LeBoeuf LLP*
1101 New York Avenue, NW
Suite 1100
Washington, DC 20005

Philip M. Musolino