# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI Group, Inc., and** <br> **Atlantic Group, SCI,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **Crédit Foncier du Cameroun, and** <br> **The Government of the Republic of Cameroon,** <br><br> *Defendants*. | 1:07-cv-00637-JDB |

## MOTION OF DEFENDANTS
## FOR EXTENSION OF TIME

Crédit Foncier du Cameroun and the Government of the Republic of Cameroon ("Defendants") hereby move for a 7-day extension of time, until September 19, 2008, within which to file their sur-reply to Plaintiffs' Corrected Reply to Defendants' Opposition to Plaintiffs' Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order ("Plaintiffs' Reply") as directed by the Court. The requested extension is necessary because of the time required to obtain legal materials from Cameroon and to prepare the declarations of legal authorities and the translations of legal document from the French that are necessary to respond to the charges made in Plaintiffs' Reply. The grounds for this motion are set out more fully in the accompanying memorandum, and a proposed order is attached hereto.

Pursuant to LCvR 7(m) of the Rules of this Court, Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs oppose the extension of time herein requested.

Wherefore, Defendants ask that this motion be granted.

Respectfully submitted,

/s/  Knox Bemis

---

Knox Bemis  #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C.  20005-4213
Direct:  (202) 346-8035
Facsimile:  (202) 956-3230
Email:  kbemis@dl.com

September 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBI Group, Inc., and** ) <br> **Atlantic Group, SCI,** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> **Crédit Foncier du Cameroun, and** ) <br> **The Government of the Republic of** ) <br> **Cameroon,** ) <br> ) <br> *Defendants*. ) | 1:07-cv-00637-JDB |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME

On August 18, 2008, MBI Group, Inc., and Atlantic Group, SCI ("Plaintiffs"), filed their Corrected Reply to Defendants' Opposition to Plaintiffs' Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order ("Plaintiffs' Reply"), in support of their motion to vacate the Court's June 10, 2008 order dismissing Plaintiffs' complaint. Also, on August 18, 2008, the Court ordered Crédit Foncier du Cameroun and the Government of the Republic of Cameroon ("Defendants") to file a sur-reply to Plaintiffs' Reply not later than August 28, 2008. On August 25, 2008, Defendants were granted a 15-day extension of time until September 12, 2008, within which to file their sur-reply. For the reasons stated below, Defendants request an additional 7-day extension of time, until September 19, 2008, within which to file their sur-reply as directed by the Court.

The arguments raised in Plaintiffs' Reply are based upon assertions with respect to Cameroon laws and court proceedings in support of which Plaintiffs have submitted declarations from several Cameroon lawyers and excerpts from various Cameroon laws and documents. In

order to respond to Plaintiffs' allegations and arguments, Defendants must themselves consult with and obtain declarations from Cameroon legal authorities and obtain copies of pertinent Cameroon legal documents. Most of the pertinent statutes and legal records are in French, and Defendants must obtain translations of the relevant portions. Counsel for Defendants has been working diligently with counsel in Cameroon to prepare the necessary materials. However, because of the nature of the materials required, and because of the inherent difficulties of coordinating the preparation of such a submission with lawyers at such a distance, Defendants ask the additional seven days herein requested for their sur-reply.

Counsel for Plaintiffs has informed the undersigned that Plaintiffs oppose this extension of time. However, the limited extension herein requested will not materially prejudice Plaintiffs, and in any event any such detriment is outweighed by the need to provide a full and appropriate response to the matters Plaintiffs raised in their Reply.

Wherefore, for the reasons stated above, Defendants ask that the Court grant the 7-day extension of time until September 19, 2008, for Defendants to file their sur-reply.

Respectfully submitted,

/s/  Knox Bemis

Knox Bemis  #14852
Dewey & LeBoeuf LLP
1101 New York Avenue N.W.
Suite 1100
Washington, D.C.  20005-4213
Direct:  (202) 346-8035
Facsimile:  (202) 956-3230
Email:  kbemis@dl.com

September 8, 2008

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MBI Group, Inc., and Atlantic Group, SCI,** | ) ) ) | |
| *Plaintiffs,* | ) ) | 1:07-cv-00637-JDB |
| vs. | ) ) | |
| **Crédit Foncier du Cameroun, and The Government of the Republic of Cameroon,** | ) ) ) ) | |
| *Defendants*. | ) ) | |

## **ORDER**

On the motion of Defendants, the time within which Defendants are ordered to file their sur-reply to Plaintiffs' Corrected Reply to Defendants' Opposition to Plaintiffs' Motion to Vacate Dismissal Because of Failure of Conditions and for Reconsideration and to Alter or Amend Judgment and Order is extended seven (7) days until September 19, 2008.

So ordered.

						_____
						Judge John D. Bates
						United States District Court
						For the District of Columbia